```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,    ) No. 11-290 LKK
                                 )
11              Plaintiff,       ) ORDER SETTING MOTION HEARING;
                                 ) BRIEFING SCHEDULE
12       v.                      )
                                 ) Date:  July 19, 2011
13  DANIEL RICHARD GARCIA,       ) Time:  9:15 a.m.
                                 ) Judge: Hon. Lawrence K. Karlton
14              Defendant.       )
    _____)
15
```

16      This matter came before the Court for status conference on July

17 19, 2011.  The parties agreed to set a hearing on August 30, 2011, at

18 9:15 a.m., for argument on defendant's motion to dismiss the indictment

19 filed July 18, 2011.  The parties agreed that the Court should exclude

20 time under the Speedy Trial Act up to and including August 30, 2011,

21 pursuant to 18 U.S.C. § 3161(h)(1)(D), Local Code E, based upon the

22 pendency of defendant's motion.  Finally, the parties agreed that the

23 government would respond to defendant's motion on or before August 16,

24 2011, and that the defendant may reply on or before August 23, 2011.

25      Good cause appearing therefor,

26      **IT IS ORDERED** that defendant's motion will be heard on August 30,

27 2011, at 9:15 a.m.;

28

1 **IT IS FURTHER ORDERED** that the period from July 18, 2011, up to and including August 30, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), Local Code E, due to the pendency of defendant's motion; and,

**IT IS FURTHER ORDERED** that the parties adhere to the briefing schedule set forth above unless modified by the Court.

**THE COURT FINDS** that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Dated: July 21, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER         2         11-290 LKK