1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Mr. Garcia

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 11-290 LKK
                                  )
11            Plaintiff,          ) STIPULATION AND ORDER TO
                                  ) RESCHEDULE MOTION HEARING
12       v.                       ) TOGETHER WITH BRIEFING SCHEDULE
                                  )
13 DANIEL RICHARD GARCIA,         ) Date:  August 30, 2011
                                  ) Time:  9:15 a.m.
14            Defendant.          ) Judge: Hon. Lawrence K. Karlton
   _____)

15

16      The parties stipulate, through counsel, that the Court should

17 vacate the motion hearing scheduled for August 30, 2011, at 9:15 a.m.,

18 and reset it on September 27, 2011, at 9:15 a.m., for hearing on all

19 defense motions.

20      The government will file its opposition to the defense motions on

21 or before September 13, 2011.  The defense may reply on or before

22 September 20, 2011.  The parties anticipate that the September 27,

23 2011, hearing will be non-evidentiary in nature, and that if an

24 evidentiary hearing is necessary, the parties will schedule it with the

25 Court's consent at the September 27, 2011, hearing.

26 / / /

27

28 STIPULATION AND [PROPOSED ORDER]           1                    11-290 LKK

   The parties further stipulate that the Court should exclude the period from the date of this order through September 27, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(1)(D) (Local Code E) (pretrial motions filed).

Dated: August 16, 2011            Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant


Dated: August 16, 2011            BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for
                                  _____
                                  MICHAEL D. ANDERSON
                                  Assistant U.S. Attorney


**ORDER**

   **IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on September 27, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E).

DATED: August 17, 2011            /s/ Lawrence K. Karlton
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED ORDER]        2                        11-290 LKK