1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       )  No. 11-290 LKK
                                   )
11              Plaintiff,         )  ORDER
                                   )
12      v.                         )  Date: September 27, 2011
                                   )  Time: 9:15 a.m.
13 DANIEL RICHARD GARCIA,          )  Judge: Hon. Lawrence K. Karlton
                                   )
14              Defendant.         )
   _____ )

16      This matter came before the Court for motion hearing on September 27, 2011. The Court denied all defense motions. The parties then agreed to schedule a status conference on October 4, 2011, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including October 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

     Good cause appearing therefor,

     **IT IS ORDERED** that this matter is set for status conference on October 4, 2011, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from September 27, 2011, up to and including October 4, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 28, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT