UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-11-290 LKK

    Plaintiff,

  v.                               O R D E R

DANIEL RICHARD GARCIA,

    Defendant.
                                       /

    Defendant moves for reconsideration of the court's order of October 3, 2011, denying defendant's motion for disclosure of grand jury materials. The government filed no response to the reconsideration motion.

    The basis for defendant's motion is his disagreement with the court's interpretation of the law and cases, especially its interpretation of cases that involved statutes other than Section 844(i). However, defendant does not identify, and there does not appear to be, any change in the controlling law, facts, or other circumstances, any need to correct a clear error, or any

1

need to prevent manifest injustice.  See U.S. v. Alexander, 106 F.3d 874, 876 (9th Cir. 1997) (setting forth grounds for reconsideration).  The motion for reconsideration will therefore be denied.

However, defendant's motion is well-taken to the degree it points out the court's erroneous parenthetical description of Jones v. U.S., 529 U.S. 848, 850 (2000).  As defendant correctly points out, Jones involved the bombing of a private dwelling.  The court's October 3, 2011 order (Dkt. No. 29), at 13, lines 17-20, therefore should be amended to read (following "... is insufficient."):

> In fact, Jones (which involved the bombing of a private dwelling), does say that when the statute requires that the property be "used" in an activity affecting commerce,

Accordingly, defendant's Motion for Reconsideration (Dkt. No. 31) is **DENIED**, except for the correction noted above.

IT IS SO ORDERED.

DATED: November 10, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2