BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
PHIL TALBERT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 2:11-CR-00290 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| DANIEL RICHARD GARCIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This matter came before the Court for a status conference on November 15, 2011, at 9:15 a.m.  The United States was represented by Assistant United States Attorneys Michael D. Anderson and Phil Talbert.  Defendant Garcia was personally present and represented by Attorney Michael Petrik.

    At the defendant's request, Mr. Petrik was relieved.  The case was continued for one week to November 22, 2011, at 9:15 a.m., to allow time for new counsel to be appointed and for discovery and the defendant's case file to be transferred to the

1

new attorney.  The currently scheduled trial date of November 29, 2011, was vacated.  The parties defendant agreed.

The Court ordered the status conference continued to November 22, 2011, at 9:15 a.m.  The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to obtain counsel and reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1.   A status conference is set for November 22, 2011, at 9:15 a.m., and the current trial date is vacated.

2.   Based on the parties' representations, the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through November 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv); Local Code T-4, to allow reasonable time to obtain counsel and reasonable time to prepare.

IT IS SO ORDERED

Date: November 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT