DENNIS BUNTING
County Counsel, State Bar No. 055499
AZNIV DARBINIAN
Assistant County Counsel, State Bar No. 197787
DANIEL WOLK
Deputy County Counsel, State Bar No. 238349
Office of the County Counsel
675 Texas Street, Suite 6600
Fairfield, CA  94533
Telephone:  (707) 784-6140
Facsimile:   (707) 784-6862

Attorneys for Solano County
Department of Probation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>DANIEL RICHARD GARCIA,<br><br>             Defendant. | Case No. 2:11-cr-00290 LKK<br><br>STIPULATION  TO WITHDRAW MOTION TO MODIFY SUBPOENA; ORDER<br><br>(Fed. R. Crim. P. 17(c))<br><br>Hearing Date:   January 10, 2012<br>Hearing Time:   10:30 a.m.<br>Courtroom No.:  4 |

THE U.S ATTORNEY AND THE SOLANO COUNTY DEPARTMENT OF PROBATION STIPULATE:

On or about December 29, 2011, the U.S. Attorney's Office informed the attorney for the Solano County Department of Probation ("Probation") that it no longer needed the records or testimony that are the subject of Probation's Motion to Modify Subpoena.  The U.S. Attorney has obtained the subpoenaed information by other means.  Therefore, the parties request that the Motion to Modify Subpoena be withdrawn and taken off calendar.  Should the U.S. Attorney require all or part of the subpoenaed information again, it will do so through a newly-issued subpoena.

//

STIPULATION TO WITHDRAW MOTION TO MODIFY SUBPOENA; [PROPOSED] ORDER
Page 1

**IT IS SO STIPULATED.**

Dated: December 30, 2011


By:  _____/s/_____
      DANIEL WOLK
      Deputy County Counsel
      Attorney for the Solano County Department of Probation


Dated:  December 30, 2011


By:  _____ /s/_____
      MICHAEL D. ANDERSON
      Assistant U.S. Attorney

## ORDER

IT IS ORDERED that, pursuant to the stipulation between the above parties, the Motion to Modify Subpoena shall be withdrawn and taken off calendar.

Dated:   January 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT