```
 1
 2                                              FILED
 3                                         JAN 17 2012
                                    CLERK, U.S. DISTRICT COURT
 4                                  EASTERN DISTRICT OF CALIFORNIA
                                    BY_____
                                           DEPUTY CLERK
 5
              IN THE UNITED STATES DISTRICT COURT
 6
           FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8  UNITED STATES OF AMERICA,  )   CASE NO. 2:11-CR-00290-LKK
                               )
 9              Plaintiff,     )   VERDICT FORM
                               )
10       v.                    )
                               )
11  DANIEL RICHARD GARCIA,     )
                               )
12              Defendant.     )
                               )
13  _____)
14       WE, THE JURY, FIND THE DEFENDANT, DANIEL RICHARD GARCIA, AS
15  FOLLOWS:
16  AS TO COUNT ONE OF THE INDICTMENT:
17            NOT
       GUILTY  GUILTY
18       X
         _    _____     Malicious Use of Explosive
19                      Materials in violation of Title 18,
                        United States Code, Section
20                      844(i)
21
22  If your verdict as to Count One is GUILTY, indicate which of the
    following you unanimously found were used in interstate commerce
23  or in an activity affecting interstate commerce:
24   _____    apartment building that the defendant damaged or
              destroyed
25
     _____    vehicle that the defendant damaged or destroyed
26
      X
27   _____    both apartment building and vehicle
28
```

```
 1  AS TO COUNT TWO OF THE INDICTMENT:

 2           NOT
    GUILTY   GUILTY
 3
                        Possession of a Destructive Device
 4    X     ____        During and in Relation to a Crime
                        of Violence in violation of Title
 5                      18, United States Code, Section
                        924(c)(1)(A)
 6

 7  AS TO COUNT THREE OF THE INDICTMENT:

 8           NOT
    GUILTY   GUILTY
 9
                        Possession of an Unregistered
10    X     ____        Destructive Device in violation of
                        Title 26, United States Code,
11                      Section 5861(d)

12

13  AS TO COUNT FOUR OF THE INDICTMENT:

14           NOT
    GUILTY   GUILTY
15
                        Possession of an Unregistered
16    X     ____        Destructive Device in violation of
                        Title 26, United States Code,
17                      Section 5861(d)

18

19
                                    [signature]
20
21  DATE:                   FOREPERSON
22    January 17, 2012
```