# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| DANIEL RICHARD GARCIA | CASE NO: 2:11-CR-00290-LKK |
|---|---|
| PETITIONER | |
| FILED | |
| JUN 22 2018 | |
| CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK | MOTION FOR REQUEST OF |
| V. | |
| UNITED STATES OF AMERICA | INDICTMENT |
| RESPONDANT | |

THE PETITIONER IN THE ABOVE CAPTIONED CASE MOVES THIS HONORABLE COURT TO ISSUE THE PETITIONER THE INDICTMENT OR A COPY THEREOF TO-WIT, WHAT HE IS CHARGED WITH AND A DESCRIPTION OF THE STATUTES HE IS ACCUSED OF ALLEGEDLY VIOLATING.

THE PETITIONER ASSERTS THAT HE HAS NEVER BEEN SERVED WITH, OR RECEIVED, SEEN OR HEARD OF THE INDICTMENT, NOR HAS IT BEEN READ TO HIM IN ENTIRETY, ON OR OFF THE RECORD, AND IS FINDING IT A SERIOUS INJUSTICE THAT HE HAS TO REPRESENT HIMSELF AGAINST CHARGES OF WHICH HE HAS NO KNOWLEDGE OF. SEE AMENDMENT SIX

THE PETITIONER HAS REPEATEDLY REQUESTED A COPY FROM PREVIOUS TRIAL COUNSEL TO NO AVAIL, AND THUS NOW REQUESTS THAT THE HONORABLE COURT SUPPLY A COPY OF THE INDICTMENT TO HIM, THAT HE MAY KNOW EXACTLY WHAT IT IS THAT HE MUST REPRESENT HIMSELF AGAINST.

RESPECTFULLY SUBMITTED THIS 18th DAY of JUNE 2018

x _Daniel Richard Garcia_ Pro Se

FCI SHERIDAN

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 5000

SHERIDAN OR 97378