| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CAROLYN M. WIGGIN, #182732 |
| | MIA CRAGER, #300172 |
| 3 | Assistant Federal Defenders |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Movant-Defendant |
| | DANIEL GARCIA |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-290-TLN-CKD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO EXTEND |
| vs. | ) TIME TO FILE OBJECTIONS TO THE |
| | ) MAGISTRATE JUDGE'S FINDINGS AND |
| DANIEL GARCIA, | ) RECOMMENDATIONS |
| | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |
| | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michael D. Anderson, Assistant United States Attorney, attorneys for Respondent-Plaintiff United States of America, and Heather Williams, Federal Defender, through Assistant Federal Defenders, Carolyn M. Wiggin and Mia Crager, attorneys for Movant-Defendant DANIEL GARCIA, that Objections to the Magistrate Judge's Findings and Recommendations, which are now due no later than September 21, 2018, be due no later than November 21, 2018.

//

//

//

Stipulation and Order to Extend Time to File         -1-
Objections to Findings and Recommendations

This extension of time is necessary given the complexity of this case and schedules of Mr. Garcia's counsel.

DATED: September 12, 2018　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　*/s/ Carolyn M. Wiggin*
　　　　　　　　　　　　　　　　　CAROLYN M. WIGGIN
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Movant-Defendant
　　　　　　　　　　　　　　　　　DANIEL GARCIA

DATED: September 12, 2018　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Michael D. Anderson*
　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorney for Respondent-Plaintiff
　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Objections to the Magistrate Judge's Findings and Recommendations, which are now due no later than September 21, 2018, shall be due no later than November 21, 2018.

IT IS SO ORDERED.

Dated: September 17, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE