PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

DANIEL RICHARD GARCIA,

                Defendant.

CASE NO. 2:11-CR-290-TLN-CKD

NOTICE OF APPEAL

      NOTICE IS HEREBY GIVEN that plaintiff United States of America, by and through the United States Attorney for the Eastern District of California, hereby appeals, pursuant to 18 U.S.C. § 3731, to the United States Court of Appeals for the Ninth Circuit from the order granting, in part, Garcia's Section 2255 motion and vacating count 2 of the indictment, possession of a destructive device during and in relation to a crime of violence. This order was entered on the district court's docket on January 3, 2019.

Dated: March 1, 2019

McGREGOR W. SCOTT
Acting United States Attorney

By: /s/ MICHAEL D. ANDERSON
MICHAEL D. ANDERSON
Assistant United States Attorney