

FILED

AUG 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>DANIEL RICHARD GARCIA,<br><br>Defendant-Appellee. | No. 19-15371<br><br>D.C. Nos.<br>2:16-cv-01252-TLN-CKD<br>2:11-cr-00290-TLN-CKD-1<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 5) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7

DL/AppComm Direct Criminal