| PROB 22 (ED/CA) (Rev. 2/88) | | | DOCKET NUMBER (TRAN. COURT) 0972 2:11CR00290-01 | |
|---|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (REC. COURT) 3:20-cr-00174-CRB | |
| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | | | DISTRICT E-CA | DIVISION Sacramento |
| Daniel Richard Garcia | **FILED** May 04, 2020 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | | NAME OF SENTENCING JUDGE United States District Judge Troy L. Nunley | |
| | | | DATES OF ☐ PROBATION ☒ SUPERVISED RELEASE | FROM 2/13/2019 | TO 2/12/2024 |
| OFFENSE Count 1: 18 USC 844(i) – Malicious Use of Explosive Materials (CLASS C FELONY); Count 2: 18 USC 924(c)(1)(A) – Possession of a Destructive Device During and in Relation to a Crime of Violence (CLASS A FELONY); Counts 3 and 4: 26 USC 5861(d) – Possession of an Unregistered Destructive Device (CLASS C FELONIES) | | | | |

### PART 1 – ORDER TRANSFERRING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| April 17, 2020 | |
|---|---|
| *Date* | *United States District Judge* |

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

| April 22, 2020 | |
|---|---|
| *Effective Date* | *United States District Judge* |

CC: United States Attorney
      FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office